# In the United States Court of Federal Claims

No. 23-1340

(Filed: August 21, 2023)

|  |  |
|---|---|
| **ALLEN OKECHUKWU CAUDLE**, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **UNITED STATES**, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

## ORDER FOR DISMISSAL

On September 23, 2022, plaintiff was declared a "vexatious litigant" and "permanently enjoined from filing or attempting to initiate any new lawsuit . . . in any federal court" without meeting certain pre-filing requirements. *Caudle v. Dep't of Def.*, No. 22-699,[1] ECF No. 23 at *33 (N.D. Ala. Sept. 23, 2022), *appeal docketed*, No. 22-14315 (11th Cir. Dec. 28, 2022). Namely Mr. Caudle must (1) prepay the court's filing fee in full or, if he files a motion to proceed *in forma pauperis*, disclose the most recent denial of any IFP application; (2) submit a $1,000 bond with the complaint; and (3) file with the complaint a motion requesting leave to file the action, attaching as exhibits a copy of the Alabama district court's injunction, an affidavit regarding whether he has previously raised the claim at issue in another filing, and a list of every lawsuit that he has filed. *Id.* at 33-35.

Mr. Caudle contemporaneously filed 11 separate complaints in this court on August 10, 2023.[2] His complaint in this matter mirrors the summary and unsupported allegations dismissed

---

[1] Docket No. 22-699 is the lead case consolidated with numerous other cases filed by Mr. Caudle in the Northern District of Alabama, including docket nos. 22-855, 22-856, 22-906, 22-907, 22-909, 22-914, 22-960, 22-963, 22-964, 22-973, 22-1054, 22-1086, 22-1099, 22-1100, 22-1101, 22-1143, 22-1144, 22-1154, 22-1155, 22-1156, 22-1157, 22-1161, 22-1168, 22-1170, 22-1180, 22-1181, 22-1182, 22-1183, 22-1186, 22-1187, 22-1188, 22-1194, 22-1195, 22-1196, 22-1198, 22-1199, 22-1209, 22-1210, 22-1211, 22-1212, 22-1213, 22-1218, 22-1219, 22-1221, 22-1222, & 22-1223.

[2] Those ten cases, excluding this matter, are: *Caudle v. United States*, No. 23-1330 (Fed. Cl.); *Caudle v. United States*, No. 23-1331 (Fed. Cl.); *Caudle v. United States*, No. 23-1332 (Fed. Cl.); *Caudle v. United States*, No. 23-1333 (Fed. Cl.); *Caudle v. United States*, No. 23-1334 (Fed. Cl.); *Caudle v. United States*, No. 23-1335 (Fed. Cl.); *Caudle v. United States*, No.

Case 1:23-cv-01340-CFL   Document 8   Filed 08/21/23   Page 2 of 2

by both this court, *Caudle v. United States*, No. 23-1331, ECF No. 7, and the Alabama district court, *Caudle v. Dep't of Def.*, No. 22-699, ECF No. 23. Furthermore, Mr. Caudle failed to comply with the pre-filing requirements imposed by the Alabama district court's permanent injunction.

Because plaintiff violated the terms of the Alabama district court's injunction, "dismissal is appropriate." *See Perry v. United States*, 558 F. App'x 1004, 1006 n. 1 (Fed. Cir. 2014) (per curiam). Accordingly, plaintiff's complaint, ECF no. 1, is DISMISSED, and plaintiff's motion for default judgment, ECF No. 3, is DENIED as MOOT.

The Clerk's office is directed to ENTER final judgment DISMISSING plaintiff's complaint, and to REJECT all future filings received in this matter from the plaintiff that are not in compliance with the Court's rules.

The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith because plaintiff's claims concern or relate to the same or similar allegations that resulted in the Alabama district court order designating him as a vexatious litigant, and because his filings fail to comply with the pre-filing directives that court specified in its permanent injunction order.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge

---

23-1336 (Fed. Cl.); *Caudle v. United States*, No. 23-1337 (Fed. Cl.); *Caudle v. United States*, No. 23-1338 (Fed. Cl.); *Caudle v. United States*, No. 23-1339 (Fed. Cl).